

# NUMBER 13-14-00610-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

**DAMION NAVARRO,**                                                                    **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                                                 **Appellee.**

### On Appeal from the 2nd 25th District Court
### of Gonzales County, Texas.

# ORDER TO FILE BRIEF

### Before Justices Garza, Benavides, and Perkes
### Order Per Curiam

This cause is before the Court on the State's third motion for extension of time to file the brief in this matter. The State's brief was originally due on February 23, 2015. The State has previously requested and received two prior extensions of time to file the brief.

The Court, having fully examined and considered the extensions previously granted in this cause, is of the opinion that the State's motion for extension of time should be granted with order.

Accordingly, we GRANT the State's third motion for extension of time and ORDER the State to file the brief on or before May 26, 2015.   NO FURTHER EXTENSIONS WILL BE GRANTED IN THIS MATTER.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
8th day of May, 2015.

2